UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA
CHARLESTON DIVISION

| | |
|---|---|
| DARLA A. HOOD,<br><br>Plaintiff,<br><br>vs.<br><br>CONTINENTAL REALTY CORPORATION AND JOHN DOE, INC.,<br><br>DEFENDANTS. | CIVIL ACTION NUMBER: **2:26-cv-05945-BHH**<br><br>COMPLAINT<br>(SLIP AND FALL)<br>(JURY TRIAL DEMANDED) |

TO THE DEFENDANTS ABOVE-NAMED:

Plaintiff alleges as follows:

1. Plaintiff is a citizen and resident of the County of Charleston.

2. Upon information and belief, Defendant Continental Realty Corporation (CRC) is a corporation organized under the laws of Maryland, with its principal place of business in Maryland.

3. Upon information and belief, Defendant John Doe, Inc. (Doe), is a corporation known to Defendant who contributed to the negligence. However, Doe is unknown and unknowable to Plaintiff at this time.

4. At all times herein mentioned, CRC was responsible for the maintenance and supervision of the area where the incident occurred.

5. On December 13, 2023, Plaintiff Darla A. Hood was walking on the crosswalk to Stella Nova Salon in Towne Center, Mount Pleasant, South

Carolina, when she caught her foot on a significantly raised and protruding paving stone. This uneven walking surface caused Plaintiff to fall to the ground, sustaining serious and permanent injuries.

6. Defendants were negligent and reckless in one or more of the following ways:

a. Failing to properly inspect the condition of the crosswalk;

b. Allowing a large crack to develop in the crosswalk over a long period of time;

c. Failing to promptly monitor the dangerous condition of the crosswalk;

d. Failing to adequately warn invitees that a dangerous condition existed;

e. Failing to take proper precautions to ensure the safety of the Plaintiff and other invitees;

f. Allowing a dangerous condition to exist with a reckless disregard for the rights and safety of others;

g. Failing to timely correct the dangerous condition within a reasonable time after Defendants knew, or should have known, of the dangerous condition;

h. Failing to exercise the degree of care and caution which a reasonable person would have exercised under the same or similar circumstances.

7. As a direct result of Defendants' negligence/recklessness, Plaintiff has sustained the following damages:

a) Medical bills, including hospital, physician, and prescription charges;

b) Physical and mental pain and suffering;

c) Permanent physical impairment; and

d) Loss of enjoyment of life.

WHEREFORE, Plaintiff demands judgment against Defendants for such amount of actual and punitive damages as the trier of facts shall determine, for the costs of this action, and for such further relief as the Court deems proper.

S/JOHNNY F. DRIGGERS
JOHNNY F. DRIGGERS, ESQUIRE
108 Central Avenue, Suite 7
Post Office Box 757
Goose Creek, South Carolina 29445
(843) 572-8222
ATTORNEY FOR PLAINTIFF

Goose Creek, South Carolina

November 20, 2026.